UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| TIFFANY JENKINS, | ) | Civil Action Number: 0: 19-cv-3517-BHH-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 24th day of August 2020, upon consideration of Defendant's Motion to Remand, it is hereby ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

s/Bruce Howe Hendricks
_____
Honorable Bruce Howe Hendricks
United States District Judge

August 24, 2020
Charleston, South Carolina